RICHARD A. BAUSMAN, Respondent, *v.* WILLIAM KIRTLEY *et al.*, Appellants.

1. *Practice, Supreme Court — Appeal — Failure to file transcript.* — When appellant fails to prosecute his appeal as required by law, and respondent files a complete transcript of the record and moves for an affirmance of the judgment, no reasons appearing why it should not be done, the motion will be granted.

*Appeal from St. Louis Circuit Court.*

*S. N. Taylor*, for respondent.

*Hudgens & Son*, for appellants.

WAGNER, Judge, delivered the opinion of the court.

It seems that the judgment was made final and the appeal granted in this case in June, 1870, and that the appellants have made no efforts toward prosecuting their said appeal.

The respondent now appears and files a complete transcript of the record, and moves for an affirmance of the judgment. No reasons appearing why the motion should not be granted, it will be sustained and the judgment affirmed. The other judges concur.